IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAREN WILLIAMS**  **PLAINTIFF**

v.  Case No. 4:09-cv-764-DPM

**PATHFINDER, INC.; PULASKI
COUNTY SPECIAL SCHOOL
DISTRICT; & BEN HARPER**  **DEFENDANTS**

ORDER

The joint motion to dismiss with prejudice, *Document No. 78*, is granted.

FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2011