IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAREN WILLIAMS**                                                                               **PLAINTIFF**

v.                              Case No. 4:09-cv-764-DPM

**PATHFINDER, INC.; PULASKI
COUNTY SPECIAL SCHOOL
DISTRICT; & BEN HARPER**                                                  **DEFENDANTS**

JUDGMENT

Williams's Amended Complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

13 May 2011